UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 24-20308-CV-WILLIAMS/Goodman

KAREN WALTER,

    Plaintiff,

vs.

NCL (BAHAMAS) LTD.,

    Defendant.

_____/

## NOTICE OF APPEARANCE

PLEASE NOTE the appearance of JACQUELINE GARCELL of the law firm of LIPCON, MARGULIES & WINKLEMAN, P.A. as counsel for the Plaintiff, KAREN WALTER, in the above-styled cause. In furtherance thereof, the undersigned counsel requests that any and all pleadings or other matters pertaining to this cause be directed to her on behalf of the Plaintiff.

    Respectfully submitted,

    LIPCON, MARGULIES
    & WINKLEMAN, P.A.
    *Attorneys for Plaintiff*
    2800 Ponce De Leon Blvd., Suite 1480
    Coral Gables, Florida 33134
    Telephone: (305) 373-3016
    Facsimile: (305) 373-6204

By: */s/ Jacqueline Garcell*
    **JACQUELINE GARCELL**
    Florida Bar No. 104358
    jgarcell@lipcon.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 30, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document

is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

By: */s/ Jacqueline Garcell*
 **JACQUELINE GARCELL**

**SERVICE LIST**
*Walter v. NCL (Bahamas) Ltd.*
**Case No. 24-20308-CV-WILLIAMS/Goodman**

**Jacqueline Garcell, Esq.**
jgarcell@lipcon.com
**Heather L. Smith, Esq.**
hsmith@lipcon.com
LIPCON, MARGULIES
& WINKLEMAN, P.A.
2800 Ponce De Leon Blvd., Suite 1480
Coral Gables, Florida 33134
Telephone No.: (305) 373-3016
Facsimile No.: (305) 373-6204
*Attorneys for Plaintiff*