UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 24-20308-CV-WILLIAMS/Goodman

KAREN WALTER,

    Plaintiff,

vs.

NCL (BAHAMAS) LTD.,

    Defendant.
_____/

## NOTICE OF APPEARANCE

PLEASE NOTE the appearance of BRANDON P. VOLK of the law firm of LIPCON, MARGULIES & WINKLEMAN, P.A. as counsel for the Plaintiff, KAREN WALTER, in the above-styled cause. In furtherance thereof, the undersigned counsel requests that any and all pleadings or other matters pertaining to this cause be directed to him on behalf of the Plaintiff.

    Respectfully submitted,

    LIPCON, MARGULIES
    & WINKLEMAN, P.A.
    *Attorneys for Plaintiff*
    2800 Ponce de Leon Blvd., Ste. 1480
    Coral Gables, Florida 33134
    Telephone No.: (305) 373-3016
    Facsimile No.: (305) 373-6204

By:    */s/ Brandon P. Volk*
    BRANDON P. VOLK
    Florida Bar No. 1019012
    bvolk@lipcon.com

- 2 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 18, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

*/s/Brandon P. Volk*
BRANDON P. VOLK
